# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ADEDAYO SANUSI, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-01039 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Defendant.* | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #10) that Plaintiff Adedayo Sanusi's claims be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Sanusi's claims against Defendant the United States of America are **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED**.

**SIGNED this 2nd day of December, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE